M. P. No. 79-282. RANDY ANDERSON *v.* JOHN J. MORAN. The petition for writ of habeas corpus is remanded to the Superior Court and shall be treated as if originally filed with that court. The Superior Court is directed to conduct a hearing on the question of bail, taking into consideration the length of the petitioner's continued incarceration since arraignment and any other factors which may be relevant to a determination of reasonable bail.

Mr. Justice Weisberger did not participate. *Allegra E. Munson*, for petitioner, *Dennis J. Roberts, II*, Attorney General, for defendant.

M. P. No. 78-255. UMBERTO LISI *et al. v.* MICHAEL MARRA. The defendant's petition for reinstatement of this appeal is granted. The clerk of the Superior Court is directed to transmit the record in this case to this court forthwith.

Mr. Justice Weisberger did not participate. *W. Slater Allen, Jr.*, for plaintiff, *Richard A. Ciccone, Albert R. Ciullo*, for defendant.

M. P. No. 79-277. WILLIAM R. BRENNER *v.* RICHARD N. FONTAINE *et al.* The motion for stay of enforcement of the Superior Court judgement pending appeal is granted.

Mr. Justice Weisberger did not participate. *Andrew M. Gilstein*, for plaintiff, *Paul A. Fontaine*, for defendant.